THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| C2C LLC d/b/a PYOOR VANTAGE, CHARLES LUPO, and ERWIN SIBAL,<br><br>Plaintiffs,<br><br>v.<br><br>RED MESA SCIENCE & REFINING LLC, JEFF APPLEGATE, GREEN ROCK HEMP HOLDINGS, LLC, and JOHN DOE,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING THE PARTIES' JOINT STIPULATION TO DISMISS THE CASE WITH PREJUDICE**<br><br>Case No. 4:23-cv-00012-DN-PK<br><br>District Judge David Nuffer |

Based on the parties' Stipulated Motion[1] to Dismiss with Prejudice, and with good cause appearing, the above-captioned matter is dismissed with prejudice. Each party to bear his or its own fees and costs.

The Clerk is directed to close the case.

Signed this 8th day of February, 2024.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 37, filed February 5, 2024.